UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VAPORETTI LLC and<br>SUNSHINE VAPE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>RHODE ISLAND DEPARTMENT OF REVENUE; THOMAS VERDI, in his official capacity as Director of the Department of Revenue; RHODE ISLAND DIVISION OF TAXATION; NEENA S. SAVAGE, in her official capacity as Tax Administrator for the State of Rhode Island; RHODE ISLAND DEPARTMENT OF HEALTH; and JEROME LARKIN, MD, in his official capacity as Director of the Rhode Island Department of Health,<br><br>    Defendants. | C.A. No. 24-cv-00497-MSM-LDA |

## **STIPULATION OF DISMISSAL**

Plaintiffs Vaporetti LLC and Sunshine Vape LLC and Defendants the Rhode Island Department of Revenue; Thomas Verdi, in his official capacity as Director of the Department of Revenue; the Rhode Island Division of Taxation; Neena S. Savage, in her official capacity as Tax Administrator for the State of Rhode Island; the Rhode Island Department of Health; and Jerome Larkin, MD, in his official capacity as Director of the Rhode Island Department of Health hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced lawsuit is hereby dismissed without prejudice, no attorneys' fees, interest or costs to any party.

1

| Plaintiffs | Defendants |
|---|---|
| VAPORETTI LLC and SUNSHINE VAPE LLC, | RHODE ISLAND DEPARTMENT OF REVENUE; THOMAS VERDI, in his official capacity as Director of the Department of Revenue; RHODE ISLAND DIVISION OF TAXATION; NEENA S. SAVAGE, in her official capacity as Tax Administrator for the State of Rhode Island; RHODE ISLAND DEPARTMENT OF HEALTH; and JEROME LARKIN, MD, in his official capacity as Director of the Rhode Island Department of Health, |
| By their Attorneys | By: PETER F. NERONHA ATTORNEY GENERAL |
| */s/ Adam M. Ramos*<br>Adam M. Ramos (#7591)<br>Mackenzie C. McBurney (#10098)<br>Hinckley, Allen & Snyder LLP<br>100 Westminster Street, Suite 1500<br>Providence, RI  02903-2319<br>T:  (401) 274-2000<br>F:  (401) 277-9600<br>aramos@hinckleyallen.com<br>mmcburney@hinckleyallen.com | */s/ Jeff Kidd*<br>Jeff Kidd (#10416)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI  02903<br>T:  (401) 274-4400<br>F:  (401) 222-2995<br>jkidd@riag.ri.gov |
| Dated:  February 11, 2025 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document via the ECF filing system on February 11, 2025 and that a copy is available for viewing and downloading.

*/s/ Mackenzie C. McBurney*